**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**


BRIAN BEVAN,

        Plaintiff,

v.                              CASE NO. 2:09-CV-337-FtM-36TBM

JOHN E. STEELE,
U.S. District Judge, et al.,

        Defendants.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by

United States Magistrate Judge Thomas B. McCoun III on March 15, 2010 (Dkt. 19), which

recommends that the Court grant the Motion to Dismiss filed by Defendants United States District

Judge John E. Steele and United States Magistrate Judge Sheri P. Chappell (Dkt. 8) ("Defendants").

Plaintiff did not file a response in opposition to the motion. Plaintiff did file objections to the Report

and Recommendation on March 29, 2010 (Dkt. 20).[1]

    After carefully considering Plaintiff's Complaint, Defendants' Motion to Dismiss, the Report

and Recommendation, and Plaintiff's Objections, in addition to undertaking a *de novo* review of the

legal determinations recommended in the Report and Recommendation, the Court concludes that

Magistrate Judge McCoun's Report and Recommendation should be confirmed and adopted.

    Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

---

[1] Plaintiff requests an additional twenty-one (21) days to file another response to the Report and Recommendation because he did not receive a copy of it until March 27, 2010 (Dkt. 20, p. 2). Such a request is considered moot based on this Order.

1.      The Report and Recommendation of the Magistrate Judge (Dkt. 19) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2.      Defendants' Motion to Dismiss (Dkt. 8) is **GRANTED**. **This action is dismissed with prejudice.**

3.      The Clerk is directed to **TERMINATE** all pending motions and deadlines and enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on April 28, 2010.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE THOMAS B. MCCOUN III
COUNSEL OF RECORD AND UNREPRESENTED PARTY

–2–